Harrell JOHNSON, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 76012.

Missouri Court of Appeals,
Western District.

May 13, 2014.

Motion for Rehearing and/or Transfer
to Supreme Court Denied June
24, 2014.

Susan Hogan, Kansas City, MO, for appellant.

Shaun Mackelprang, Jefferson City, MO, for respondent.

Before Division Three: THOMAS H. NEWTON, P.J., MARK D. PFEIFFER, and CYNTHIA L. MARTIN, JJ.

### ORDER

PER CURIAM:

Mr. Harrell Johnson appeals the judgment denying a Rule 29.15 motion. He claims that appellate counsel was ineffective for failing to raise as error the trial court's overruling of the motion to suppress statements.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 84.16(b).